THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WILMONT L. WAGNER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 11, 1928; decided May 1, 1928.)

APPEAL from a judgment of the Supreme Court, rendered November 28, 1927, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

*Thomas F. Rogers* for appellant.

*Walter N. Renwick, District Attorney,* for respondent.

Judgment of conviction affirmed.

POUND, CRANE and ANDREWS, JJ., vote to affirm upon the ground that the error in the charge as to the burden of proof upon the issue of self-defense may be disregarded under section 542 of the Code of Criminal Procedure, and O'BRIEN, J., upon the ground there is no evidence in the record presenting an issue as to self-defense; CARDOZO, Ch. J., LEHMAN and KELLOGG, JJ., dissent upon the ground that such error may not be disregarded.